UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUN 01 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SIDINA HOLDINGS LTD., Plaintiff, | |
| v. | CIVIL ACTION NO. 04-350L **IN ADMIRALTY** |
| NEW ENGLAND BOATWORKS, INC., Defendant. | |

**ASSENTED-TO MOTION FOR VOLUNTARY DISMISSAL**

NOW COME the undersigned parties, and, by their respective attorneys, pursuant to the provisions of Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby move this Honorable Court to dismiss the above-captioned action with prejudice and without costs.

In support of this motion, the parties hereto state that they have compromised and settled their differences, and they wish to resolve this action without further litigation.

WHEREFORE, the undersigned parties hereby request that this Honorable Court dismiss the above-captioned action with prejudice and without costs to any party, and cause the Clerk of the Court to enter the appropriate order of dismissal upon the docket.

The parties submit a proposed order herewith, and further waive notice under Rule 77(d).

Granted: Ronald R. Lagueux
Sr. USDJ 6/1/05

7